THORNE NEALE & Co., INC., et al., Respondents, et al., Plaintiffs, v. NEW YORK SOUTHERN COAL TERMINAL CORPORATION et al., Appellants.

Argued May 21, 1946; decided June 13, 1946.

978

*Jay Leo Rothschild* and *Louis Rivkin* for appellants.
*Samuel Shapiro* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.